# MEMORANDA

OF

DECISIONS RENDERED WITHOUT WRITTEN OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

---

No. 3,169.—ISAAC PREUITT, PLAINTIFF AND RESPONDENT, *v.*
NORTHERN PACIFIC RY. CO., DEFENDANT AND APPEL-
LANT.

*Appeal from District Court, Broadwater County; W. R. C. Stewart, Judge.*

Decided September 10, 1912.

PER CURIAM.—Appellant's motion to dismiss its appeal herein is hereby granted and the appeal dismissed.

*Messrs. Gunn & Rasch,* for Appellant.

---

No. 3,250.—MARY JENKINS, PLAINTIFF AND RESPONDENT, *v.*
CARRIE MAY CARROLL, DEFENDANT AND APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided October 28, 1912.

PER CURIAM.—Upon due consideration of respondent's motion to dismiss the appeal herein, it is hereby ordered that the appeal be, and the same is hereby, dismissed.

*Messrs. Nolan & Donovan,* and *Mr. A. B. Melzner,* for Appellant.